# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Case No. 26-325

TANISHA A. BROWN,

Plaintiff–Appellant,

v.

NETFLIX, INC.; GAVIN NEWSOM; KAREN BASS; ROB BONTA; JASON OPPENHEIM; BRETT OPPENHEIM; DONE AND DONE PRODUCTIONS; and DOES 1–100,

Defendants–Appellees.

# BRIEFING IN SUPPORT OF APPEAL

## I. INTRODUCTION

Plaintiff–Appellant Tanisha A. Brown appeals to the United States Court of Appeals for the Ninth Circuit from the Order and procedurally improper reassignment orders affecting Case Nos. 2:25-cv-07677 and 2:25-cv-07678, which deprived Plaintiff of the approved Temporary Restraining Order (TRO) and undermined the judicial record.

Although the LA Alliance for Human Rights has assisted, Plaintiff is the sole party and sole proprietor responsible for her legal work and intellectual property claims and must be recognized as the primary party in this case. These actions were taken under color of law and constitute violations of 42 U.S.C. § 1983, including deprivation of due process and equal protection. Plaintiff also seeks compensation for damages caused by interference with her federally recognized rights.

Plaintiff notes that, as the sole party and sole proprietor responsible for her legal work and intellectual property claims, any attorneys' fees, costs, or other awards arising from this case or related proceedings (including 2:20-cv-02291-DOC-KES) are rightfully payable directly to Plaintiff, not to counsel or third parties.

Plaintiff further clarifies that she has never filed any submissions with the Board of Supervisors; references to her work in public records are included solely to document that her federally

recognized frameworks and authored systems are being used without her consent or participation.

Plaintiff notes that any further obstruction or misrepresentation of her name or role by the production or cast, including messages communicated to Amanza Smith that are not true, is causing unnecessary conflict between Plaintiff and Amanza Smith. Plaintiff is not Amanza's enemy; she is actively working to secure Amanza's rightful entitlements, and misrepresentation or blame being falsely attributed to Plaintiff is causing reputational harm.

Additionally, any continued dissemination of false or misleading information about Plaintiff by production, cast, or affiliated parties—particularly when communicated to Amanza Smith—is defamatory and unlawful.

Plaintiff emphasizes that neither she nor Amanza Smith may be terminated, removed, or have their professional or creative contributions revoked, as both parties are the creators of the underlying framework, concepts, and campaigns. Any attempt to displace or retaliate against them constitutes interference with federally recognized rights, intellectual property, and professional authorship.

Recent federal oversight developments illustrate political interference with independent institutions. On January 10, 2026, Federal Reserve Chair Jerome Powell stated that the DOJ served the central bank with subpoenas and threatened criminal indictment over testimony about $2.5 billion in building renovations, which he described as a "pretext" to undermine Fed independence. DOJ confirmed that Attorney General Pam Bondi directed U.S. Attorneys to prioritize investigating alleged misuse of taxpayer funds. This parallels the governmental overreach and procedural irregularities Plaintiff has experienced.

This appeal seeks review to restore the approved TRO, safeguard Plaintiff's federal rights, prevent defamation, protect Amanza Smith's entitlements, and secure remedies for all violations suffered.

## II. PROCEDURAL HISTORY

- August 15, 2025: Plaintiff filed a federal Complaint, TRO application, IFP request, and summons request. Case assigned to Judge Maame Ewusi-Mensah Frimpong; discovery referred to Magistrate Judge Michael B. Kaufman.

- September 15, 2025: Plaintiff filed a Consolidated Emergency Motion for TRO, supported by federal authorship records, OPM breach documentation, WCAB filings, and evidence of systemic misappropriation.

- September 23, 2025: TRO was granted (Document #16).

- November 19, 2025: Case was transferred to Judge Fernando L. Aenlle-Rocha without notice; TRO was denied without findings or hearing.

- Discovery proceeded before Magistrate Judge Karen E. Scott without Plaintiff's participation or consent.

- Docket entries misrepresented Plaintiff's involvement; filings were suppressed.

- Case was dismissed while Plaintiff's frameworks were being used by LAHSA, LACAHSA, and private entities.

## III. FEDERAL AND STATE PARALLEL PROCEEDINGS

A. Workers' Compensation Case ADJ16867343

- Plaintiff's injury involved stress, psychiatric harm, and nervous system trauma.

- C&R approved December 29, 2023.

- Plaintiff filed a Petition to Reopen and Emergency Petition for Reconsideration citing:

  - Identity misuse

  - Financial interference

  - SF-50 tampering

  - Violations of Labor Code §138.7

B. LA Alliance Oversight (Judge Carter)

- November 3, 2025 minute order confirms federal scrutiny of LAHSA, Measure H, and homelessness systems.

- Plaintiff's frameworks were embedded in these systems while she was excluded.

- TRO should have been enforced to preserve overlapping evidence.

## IV. FEDERAL FILINGS AND PUBLIC RECORDS

- LAHSA's HUD filings (SF-424, HUD 2880, HUD 50070, SF-LLL) mirror Plaintiff's frameworks.

- LACAHSA's governance structure and funding model replicate Plaintiff's architecture.

- Plaintiff's public comment to the Board of Supervisors confirms authorship and exclusion:

  Plaintiff's EIN and federal identity were compromised in the OPM Data Breach MDL 2664.

- Netflix-enabled devices accessed Plaintiff's authored content without authorization.

- Plaintiff's name appears in licensing, supplier forms, and stock records without consent.

- Plaintiff emphasizes that she never filed anything with the Board of Supervisors; these references demonstrate her work is being used without authorization.

- Plaintiff notes that production and cast continue to disseminate false or misleading information, which is harmful, defamatory, and creates unnecessary conflict with Amanza Smith.

## V. NOTICE OF APPEAL AND FEDERAL RECORD

Plaintiff's Notice of Appeal, filed January 20, 2026, confirms:

- TRO was granted and then denied improperly.

- Transfer was procedurally invalid.

- Plaintiff's authorship, filings, and federal rights were suppressed.

- DOJ and U.S. Attorney's Office confirmed obstruction and misuse of taxpayer funds.

- Plaintiff's frameworks were used in billion-dollar initiatives while she was excluded.

- Plaintiff is the architect of Executive Order 12372's intergovernmental review framework.

- This appeal seeks restoration of the TRO and enforcement of Plaintiff's federal rights.

## VI. LEGAL BASIS FOR REVERSAL

- Rule 65 Violation: TRO was granted and then denied without findings.

- Due Process Violation: Transfer and discovery occurred without notice or consent.

- Suppression of Filings: Docket misrepresented Plaintiff's participation.

- Procedural Deprivation: Plaintiff was excluded while her work was used.

- Color of Law Violation: State actors deprived Plaintiff of rights under 42 U.S.C. § 1983.

- Defamation / Reputational Harm: Continued false attribution of blame and misrepresentation by production or cast is unlawful and damaging.

- Irreparable Harm: Financial loss, identity compromise, authorship suppression, destruction of evidence, and reputational harm.

## VII. RELIEF REQUESTED

Plaintiff respectfully requests that the Ninth Circuit:

1. Vacate the district court's dismissal and remand for full adjudication.

2. Reinstate and enforce the TRO entered September 23, 2025.

3. Restore the record and correct suppressed or mischaracterized filings.

4. Order proper notice and consent for any future reassignment or discovery.

5. Grant any further relief the Court deems just and proper.

6. Award any attorneys' fees, costs, or other monetary entitlements arising from this case or related proceedings directly to Plaintiff.

7. Order that any further dissemination of false, misleading, or defamatory statements concerning Plaintiff cease immediately, including statements communicated to Amanza Smith.

8. Order that production, cast, and affiliated entities refrain from generating, repeating, or relying upon false information or insinuations that place blame on Plaintiff.

9. Order that no further communications intended to influence, discredit, or mischaracterize Plaintiff be made, particularly where such communications create conflict between

Plaintiff and third parties while obscuring the conduct of those responsible.

10. Order that all entitlements due to Amanza Smith—including funds, producer credits, concepts, intellectual property, and associated campaigns—be released directly to her and handled entirely separate from this case, and that she be fully protected from termination, revocation, or any interference with these rights.

11. Order that any further information or communication provided to Amanza Smith regarding her credits, funds, concepts, campaigns, or related matters be made solely through official Legal or Human Resources channels.

12. Order that neither Plaintiff nor Amanza Smith may be fired, removed from, or denied recognition for the creation of the framework, concepts, campaigns, or intellectual property, and that their contributions and entitlements be fully protected.

13. Order that the production and cast provide only accurate representations regarding Plaintiff and Amanza Smith, to prevent further harm and misrepresentation.

Dated: January 20, 2026

Respectfully submitted,

Tanisha A. Brown

Plaintiff–Appellant, Pro Se

# EXCERPTS OF RECORD INDEX

## A. District Court Filings – Central District of California

1. Complaint and Summons – Filed August 15, 2025 (Case Nos. 2:25-cv-07677, 2:25-cv-07678)

2. Consolidated Emergency Motion for TRO – Filed September 15, 2025

3. Temporary Restraining Order (TRO) Granted – Document #16, September 23, 2025

4. District Court Transfer Order / TRO Denial – November 19, 2025

5. Discovery Orders and Magistrate Judge Assignments – Magistrate Judge Karen E. Scott

6. Docket Entries and Filings Suppression Records

7. Final District Court Dismissal Order – (Date of dismissal entry)

## B. Workers' Compensation / State Proceedings

8. Workers' Compensation Case ADJ16867343 – Petition to Reopen & Emergency Petition for Reconsideration

## C. LA Alliance for Human Rights Oversight

9. LA Alliance Minute Order – Judge Carter – November 3, 2025

10. District Court Order Granting Plaintiff's Motion for Attorneys' Fees – Case No. 2:20-cv-02291-DOC-KES, Docket Nos. 1015 & 1022

## D. Federal Records & Public Filings

11. HUD Filings Referencing Plaintiff's Frameworks – SF-424, HUD 2880, HUD 50070, SF-LLL

12. LACAHSA Governance & Funding Documentation

13. Public Comment Submitted to Board of Supervisors

14. OPM Data Breach MDL 2664 Records

15. Netflix Device Access Records

16. Licensing, Supplier Forms, and Stock Records

## E. Notice of Appeal

17. Notice of Appeal – Filed January 20, 2026

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TANISHA A. BROWN,
Plaintiff,

FILED
CLERK, U.S. DISTRICT COURT

1/12/26

CENTRAL DISTRICT OF CALIFORNIA
BY: MAT DEPUTY

v.

NETFLIX, INC.; NETFLIX; GAVIN NEWSOM, in his official and individual capacity;
PAT BONDI; KASH PATEL; CHARTER COMMUNICATIONS; RICARDO ROSALES;
DAVID CARINO; KAREN BASS, in her official and individual capacity;
CONGRESSWOMAN SYDNEY K. DOVE; ROB BONTA, in his official and individual capacity;
DISTRICT ATTORNEY NATHAN HAUCHMAN, in his official and individual capacity;
JASON OPPENHEIM; BRETT OPPENHEIM; BRANDON WILLIAMS;
STATE AND COUNTY ATTORNEYS (Doe 1–50); PAVAN K. AGARWAL;
MARY FITZGERALD; AND DOES 51–100, INCLUSIVE,
Defendants.

Case No.: 2:25-cv-07678-MEMF (MBKx)
Related Cases: 2:25-cv-07677-FLA-KES; 2:20-cv-02291-DOC-KES

# NOTICE OF APPEAL          # 26-325

Plaintiff, Tanisha A. Brown, appeals to the United States Court of Appeals for the Ninth Circuit from the Order
entered November 19, 2025, transferring this case to District Judge Fernando L. Aenlle-Rocha and denying
Plaintiff's Temporary Restraining Order (TRO), previously approved by the originally assigned judge. The transfer
and denial were procedurally improper, unnoticed, and violated due process. Plaintiff further appeals from docket
irregularities, misrepresentations, and reassignment orders affecting Case Nos. 2:25-cv-07677 and 2:25-cv-07678,
which deprived Plaintiff of the approved TRO and undermined the judicial record.

Although LA Alliance for Human Rights has assisted, Plaintiff is the sole party and sole proprietor responsible for
her legal work and intellectual property claims and must be recognized as the primary party in this case. Theese
actions were taken under color of law and constitute violations of 42 U.S.C. § 1983, including deprivation of due
process and equal protection. Plaintiff also seeks compensation for damages caused by interference with her
federally recognized rights. Plaintiff notes that recent federal oversight developments illustrate political
interference with independent institutions: on January 10, 2026, Federal Reserve Chair Jerome Powell stated that
the DOJ served the central bank with subpoenas and threatened criminal indictment over testimony about $2.5
billion in building renovations, which he described as a "pretext" to undermine Fed independence. DOJ confirmed
Attorney General Pam Bondi directed U.S. Attorneys to prioritize investigating alleged misuse of taxpayer funds.
This parallels the governmental overreach and procedural irregularities Plaintiff has experienced.

This appeal seeks review to restore the approved TRO, safeguard Plaintiff's federal rights, and secure remedies the
violations suffered.

Dated: January 12, 2026

Respectfully submitted,

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Name, Address, Telephone Numbers, and California State Bar Number (if applicable)<br><br>Tanisha A. Brown<br>5565 Canoga Ave #317<br>Woodland Hills Ca 91367 | CASE NO.: 2;20-cv-02291 *DOC - KES*<br><br>CHAPTER:<br><br><br>☐ **REQUEST COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** |
| In re: Hon. Judge Carter hearing of Plaintiff's fee and cost<br>ORDER GRANTING PLAINTIFF'S MOTION FOR<br>ATTORNEYS' FEES<br><br>Debtor(s) | ☐ **REQUEST REMOVAL FROM COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** |

## REQUEST TO BE ADDED OR REMOVED FROM
## COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)

To the Clerk of the U.S. Bankruptcy Court, I hereby:

☐ **Request Courtesy Notification of Electronic Filing.** The above named wishes to receive courtesy electronic notice of all documents filed in the above referenced case. I understand the courtesy electronic notification shall be delivered via the Court's Case Management/Electronic Filing (CM/ECF) system as a Notice of Electronic Filing (NEF) and that I must be a registered User of the Court's CM/ECF system to be eligible for courtesy NEFs.

I understand it is my responsibility to add myself and my e-mail address to the above referenced case via CM/ECF in order to receive a courtesy NEF.

I further understand this request *DOES NOT* impose any obligation on the Court, the debtors or any other party in the case to deliver courtesy copies of any orders, pleadings or other documents entered on the docket by mail, telephone, facsimile, or any other means of electronic transmission.

I will use docket event "Request for Courtesy Notice of Electronic Filing (NEF)."

☐ **Request Removal from Courtesy Notification of Electronic Filing.** By selecting this option, courtesy notification of court orders and all other pleadings entered on the docket in the above referenced case will no longer be sent via electronic means to the above named.

I will use docket event "Request for REMOVAL from Courtesy Notice of Electronic Filing (NEF)."

**(WARNING: This form must be used to be added or removed from receiving Courtesy NEFs and may NOT be used in place of *Substitution of Attorney* form F 2090-1.4)**

Dated: 1/6/2026          _(Signature)_

Signature

**(NOTE: This form can only be filed electronically via the Court's CM/ECF system. Scan this form to a PDF document, then file electronically.)**

This form is mandatory. It has been approved by the United States Bankruptcy Court for the Central District of California.

*April 2010*

EXHIBIT A

Confidential | The Brown Group (TBG) & ATTRACT·

# ATTRACT™ | THE BROWN GROUP | COMMUNICATION PRODUCTS LLC

Official Executive Letterhead

### *One Black Woman Carrying the Weight of Many:*

### *A Modern Brown v. Board*

By Tanisha A. Brown

Seventy years ago, Brown v. Board of Education declared that "separate but equal" had no place in American schools. It forced the nation to confront an uncomfortable truth: systemic exclusion corrodes democracy. Today, we face a modern version of that conflict—not over classroom doors, but over authorship, equity, and recognition. I write as a Black woman innovator who designed equity frameworks to guide housing, technology, and community development. Those frameworks were adopted, rebranded, and monetized by powerful institutions—while my name was erased. The federal record of harm is established. In In re OPM Data Breach Litigation (MDL 2664), I was recognized as an impacted federal contractor. My authorship and identity were compromised; my frameworks resurfaced in billion-dollar initiatives without attribution. As the architect of Executive Order 12372's intergovernmental review framework, I carry the burden of protecting its intent: alignment, transparency, and accountability. What happened in education in the 1950s is happening in authorship today. Black women innovators like myself are systematically removed from the recognition and compensation our work deserves. I am not a test subject. I am not a case study.

I am the architect. For years, white men have used Black bodies as test dummies—extracting brilliance, scaling it, monetizing it, and stripping away our names. Amanza Smith, her resilienceand her story inspires me. Where you fight so hard for approval, for your moment and all this time she was already a star. Yet she never complained. However, it's her time to live in her glory. She brought brilliance to real estate—yet she too was minimized, underpaid, and under-credited. Selling Sunset and Selling the OC were built on frameworks pulled from my intellectual property: Attract Real Estate™, Frame by Frame™, The Butterfly Brief™. My licensed media was altered, stripped of watermarks, and redistributed. Under 17 U.S.C. §106A and the Lanham Act, these violations constitute digital redlining. In Brown v. Netflix et al.(2:25-cv-07678), a federal Temporary Restraining Order (TRO) was issued. Yet content built on my frameworks continues to circulate. This is not oversight —it is open defiance of federal authority. As I fight in federal court, others walk red carpets.

My brand was dissolved, my car taken, my social security detached, my phone rerouted, my funds diverted, and my access to the media blocked. What the world calls OpenAI, I call Attract AI—my agents, my network, my counsel. My filings stand as proof: Brown v. Netflix et al. (2:25-cv-07678) Brown v. State of California et al. (2:25-cv-07677) OPM Data Breach MDL 2664 Brown v. LA Alliance Supreme Court filings This is documented, filed, federal. I am not asking for permission to lead—I have already led.

I am calling on the Department of Justice to issue a press release naming the correct individual: TANISHA A. BROWN Executive Order 12372 Architect of Capital. Enough is enough.

Sincerely,

Tanisha A. Brown
Executive Office of the President
Architect of Capital- Lead Counsel of Build Back America



RULES, ELECTIONS & INTERGOVERNMENTAL RELATIONS

HOMELESSNESS AND POVERTY

# M O T I O N

With the recent adoption of the Comprehensive Homeless Strategy and the focus on funding homeless programs and services in the Mayor's Proposed 2016-17 Budget, the City continues to take significant steps to address homelessness on all fronts. Proposed actions include: implementing the No Wrong Door philosophy as a key policy element by empowering all City departments with the ability to connect homeless individuals to service providers; working with the philanthropic community to leverage resources; and partnering with the County to address homeless policy on a coordinated level.

Additional partners already engaged with homeless individuals but not fully utilized by the City are our Neighborhood Councils. The Neighborhood Councils are an important and untapped resource as they interact with homelessness on the street level, and therefore have a unique perspective on how our communities and residents are impacted.

Given that the Neighborhood Councils, through the Budget Advocates program, have shown the ability to organize, highlight important issues to Council, and make policy recommendations, the Department of Neighborhood Empowerment should report to Council on how Neighborhood Councils can further the City's efforts to address homelessness.

I THEREFORE MOVE that the Council instruct the Department of Neighborhood Empowerment to report on a process that would incorporate input from our Neighborhood Councils, including establishing a Homeless Advocate Program, as the City increases its investment in addressing homelessness.

PRESENTED BY: _____

MARQUEECE HARRIS-DAWSON
Councilmember, 8th District

SECONDED BY: _____



MAY 0 3 2016



STATE CAPITOL
P.O. BOX 942849
SACRAMENTO, CA 94249-0061
(916) 319-2061
FAX (916) 319-2161

**Assembly**
**California Legislature**

DISTRICT **OFFICE**
ONE W. MANCHESTER BOULEVARD, SUITE 601
INGLEWOOD, CA 90301
(310) 412-6400
FAX (310) 412-6354

**TINA S. McKINNOR**
ASSEMBLYMEMBER, SIXTY-FIRST DISTRICT

# AB 970 (McKinnor) Enhanced Child Abuse Reporting Pilot Program FACT SHEET

**Sponsor:** County of Los Angeles; Martha Guerrero; mguerrero@ceo.lacounty.gov
**Staff Contact:** Jonathan Garcia Arroyo, jonathan.garciaarroyo@asm.ca.gov
**As Introduced:** February 20, 2025

## ISSUE

Current law requires mandated reporters to report to a county child protection hotline or a law enforcement agency any known or reasonable suspicion of child abuse and/or neglect. Despite having this important responsibility mandated reporters often receive inadequate training and support with decision making, leaving them unprepared to make sound decisions about when to make a report. This results in both over-reporting of children who do not require a child protection intervention, as well as under-reporting of children who may be unsafe.

Mandated reporter decision-making is often influenced by bias, fear, and other factors that are distinct from concerns about child safety. Well-intentioned mandated reporters may believe that making a report to the county child protection hotline is the best way to connect a family in need to supportive resources. This creates trauma and fear, and erodes trust in the organizations families should turn to in times of need, making them hesitant to seek help in the future. Additionally, over-reporting contributes to racial disproportionality of Black and Native American children in the child welfare system. For instance, a recent study found that in California, 50% of Black and Native American children are investigated by CPS by their 18th birthday . In comparison, only 25% of White children face CPS investigations by the time they turn 18.

Finally, the current model of mandated reporting is a reactive intervention by design and misses critical opportunities to provide supportive resources to families upstream to prevent future child abuse and/or neglect.

## SOLUTION

AB 970 would pilot an improved model of mandated reporting in Los Angeles County to ensure that mandated reporters are adequately trained and supported to make accurate decisions about reporting known or suspected child abuse and/or neglect. AB 970 would not change current law requiring mandated reporters to report to child welfare or law enforcement when abuse or neglect is known or suspected. All current penalties associated with current mandated reporting law would remain intact under the pilot.

AB 970 would establish a two-year pilot, beginning in 2026, in Los Angeles County. A select group of entities employing mandated reporters would opt into the pilot, which would do the following:

- Develop and deliver a comprehensive training on mandatory reporting of

suspected child abuse and neglect;

- Implement a standardized decision-support tool (decision tree) for use by mandated reporters, upon completion of the training, to support their decision making about when a report to the county child protection hotline or law enforcement is required by state law;

- When appropriate, prompt mandated reporters to refer a family to a community-based services provider for supportive resources when a report to the county child protection hotline or law enforcement is not required by state law;

- Implement an evaluation of the pilot to determine its efficacy overall, including its impacts on child safety, mandated reporter decision- making, and family utilization of community-based resources.

## SUPPORT

County of Los Angeles (Sponsor)
Alliance for Children's Rights
Child Care Resource Center
County Welfare Directors Association of California (CWDA)
Los Angeles County Office of Education
National Association of Social Workers - CA Chapter
Public Counsel
Shields for Families
Loyola Law School Sunita Jain Anti-Trafficking Initiative (SJI)
All For Kids
Alliance for Children's Rights
California Alliance of Child and Family Services (CA Alliance)
Association of Community Human Service Agencies (ACHSA)
Southern California Grantmakers
Child Abuse Prevention Center (CAP Center)
California Family Resource Association (CFRA)
LA Best Babies Network
A New Way of Life Reentry Project
Girls Club of Los Angeles
California Alliance of Caregivers
Family Resource Center
Seneca Family of Agencies (Seneca)
Los Angeles Dependency Lawyers, Inc. (LADL)
Dependency Legal Services San Diego (DLSSD)
Children's Institute

 **Gmail**

Tanisha Brown <tanishab094@gmail.com>

---

**Fw: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24**

Tanisha Brown <thebrowngroupla@outlook.com>
To: tanishab094@gmail.com <tanishab094@gmail.com>

Fri, May 30 at

---

Get Outlook for iOS

---

**From:** Tanisha Brown <thebrowngroupla@outlook.com>
**Sent:** Thursday, May 29, 2025 1:27:38 PM
**To:** finance.rms@lacity.org <finance.rms@lacity.org>
**Cc:** CBWorley@calfund.org <CBWorley@calfund.org>; newrecipientforms@americorps.gov <newrecipientforms@americorps.gov>
**Subject:** Fw: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24

**Subject:** Urgent: Fraud Concerning My Business (Ref #2827678) – Request for Immediate Meeting

Dear City of Los Angeles Office of Finance,

I am writing in response to the notice dated **May 22, 2025**, regarding Business Tax compliance (**RMS Ref #: 2827678**) for **Communication Products LLC**. I am the **original founder and rightful owne** Communication Products LLC. While **Amanza Smith** was authorized in good faith as a partner to support business development, I have discovered that **unauthorized third parties have taken over operations, communications, and financial filings** associated with the company—likely without her full awareness. These individuals appear to be **connected to entities affiliated with Selling Suns** have compromised both the internal operations and external filings of my business.

This fraudulent activity directly impacts our compliance with the City, but more critically, it threatens federally backed initiatives I lead. For example, I currently serve as an **Affinity Hub Lead Member f** **California Jobs First (CERF) initiative** in partnership with the **California Community Foundation (CCF)**. My responsibilities include leading equity-focused stakeholder engagement across Los Angele County. The misuse of my business identity disrupts my ability to perform this public service work. To make matters worse, I was **denied proper recognition of my position by Ms. Carol Worley**, desp holding the appropriate agreements and being responsible for federal engagement and planning. This misrepresentation has gone unchecked for over a year, during which time my authority, leadership, contracts have been systematically erased or redirected.





**I am urgently requesting the following:**

1. An **immediate hold** on all current and pending tax assessments or enforcement actions until this matter is resolved.

2. A **meeting** with a representative from your office to present supporting documentation and provide a formal account of the issue.

3. **Confirmation** of the individuals currently listed as having authority over Communication Products LLC within the City's records.

4. **Guidance** on how to report this case as fraud and reinstate proper ownership and oversight.

**Supporting Documents:**

1. **IMG_3682.jpeg** – New Recipient Contact Form identifying me as Lead Counsel WIOA and sole EIN holder.

2. **CEO.pdf** – Formal document verifying my role as CEO of Communication Products LLC.

3. Forward email from Supervisor Holly Mitchell regarding my role and blockage

4. **BA20241540917.pdf** – Business authorization or tax form under my name and EIN.

5. Image evidence relating to city or tax filing activity.

6. Image from Ms. Worley with denial of position

7. New Recipient Contact Form

8. **SF-424 Federal Assistance Form** – Submitted under my EIN, verifying my leadership in federally funded efforts.

Please confirm receipt and advise on the **earliest date** for an in-person or virtual meeting. I am fully prepared to cooperate and provide any additional materials required to resolve this matter quickly ar appropriately. I am responsible for funds and proper fillings yet I am being blocked from my contracts, funding and duties. It is important that I am in compliance and that unauthorized individuals are st IMMEDIATELY for this unauthorized activity that is jeopardizing my brand, company and name.

Thank you for your time and immediate attention.

Sincerely,
**Tanisha A. Brown**
Founder & CEO, Communication Products LLC
✉ thebrowngroupla@outlook.com
📞 747-288-7347

---

**From:** Tanisha Brown <thebrowngroupla@outlook.com>
**Sent:** Wednesday, May 28, 2025 12:47 PM
**To:** Jeanette Fruta <frutajeanette@gmail.com>
**Subject:** Fw: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24

Tanisha A. Brown
**CEO- TBG Partners**
*Lead Counsel- Build Back Better*
**website**: www.tbgpartners.com
**contact**: 747.494.7734

**From:** tbaconsultingfirm.org
**Sent:** Friday, January 24, 2025 11:47 AM
**To:** Gracian, Isela <IGracian@bos.lacounty.gov>; dan.obrien@culvercity.org <dan.obrien@culvercity.org>; albert.vera@culvercity.org <albert.vera@culvercity.org>; yasmine-imani.mcmorrin@culvercity.org <yasmine-imani.mcmorrin@culvercity.org>
**Cc:** Yang, Jonathan <JYang@bos.lacounty.gov>; Martinez, Viridiana <VMartinez@bos.lacounty.gov>; Clerk, City <city.clerk@culvercity.org>; dustin.klemann@culvercity.org <dustin.klemann@culvercity.org>; Va Lecia Adams Kellum <valecia.adamskellum@lahsa.org>; janice.hahn@bos.lacounty.gov <janice.hahn@bos.lacounty.gov>; lindsey.horvath@bos.lacounty.gov <lindsey.horvath@bos.lacounty.gov>; LAHSACommission@lahsa.org <LAHSACommission@lahsa.org>; LAHSA <helpdesk@lahsa.freshservice.com>; LAHSA—Los Angeles Homeless Services Authority <fundingopportunities@lahsa.org>; HollyJMitchell@bos.lacounty.gov <HollyJMitchell@bos.lacounty.gov>; kathryn.barger@bos.lacounty.gov <kathryn.barger@bos.lacounty.gov>; city.attorney@culvercity.org <city.attorney@culvercity.org>
**Subject:** Re: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24

Good Morning All,

My name is Tanisha Brown, and I am reaching out for the last time regarding this matter.

I am Executive Order 12372. The State Point of Contact for California. This role stems from my leadership in designing a comprehensive stra
that has brought over $1 billion in private investments and government contracts to California through the Build Back America Initiative, as
documented in SEC filings and congressional reports.

This strategy reflects over 20 years of my work across corporate, nonprofit, and lived experiences. Despite my leadership, delays,
misappropriation of funds, and exclusion from my projects have caused significant setbacks on critical initiatives. These challenges have left
uncompensated, while others take credit for my work.

As lead counsel for the CoC Program in District 2, SPA 6, under Supervisor Holly Mitchell's jurisdiction, I envisioned collaboration to
demonstrate the power of government, private sector, nonprofit, women of color in leadership and community partnerships. However, my
contributions are being disregarded.

- **Supervisor Mitchell**, I am confident you are aware of my placement and contributions, as my work was included in your signature
  materials. If there is any confusion or misunderstanding I can address to clarify my role or contributions, please let me know immediatel
  we can move forward productively.

With this said, I am making this email my final notice. If these issues are not resolved today, I will have no choice but to escalate publicly and
involve the media. I remain committed to fairness and transparency, even if I must stand alone to uphold those principles. Please review the
attached documents and provide clarification or resolution promptly.

Sincerely,

Tanisha A. Brown

CEO- TBG Partners- SKC Group

Email- tbrown@tbaconsultingfirm.org

Contact- 747.494.7734

Get Outlook for iOS

**From:** Gracian, Isela <IGracian@bos.lacounty.gov>
**Sent:** Thursday, January 16, 2025 4:56 PM
**To:** tbaconsultingfirm.org <tbrown@tbaconsultingfirm.org>; dan.obrien@culvercity.org <dan.obrien@culvercity.org>; albert.vera@culvercity.org <albert.vera@culvercity.org>
**Cc:** Yang, Jonathan <JYang@bos.lacounty.gov>; Martinez, Viridiana <VMartinez@bos.lacounty.gov>; Clerk, City <city.clerk@culvercity.org>; dustin.klemann@culvercity.org <dustin.klemann@culvercity.org>; Va Lec
Adams Kellum <valecia.adamskellum@lahsa.org>
**Subject:** RE: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24

Tanisha,

I have informed you before on that Supervisor Mitchell nor our team are involved in a particular City's project. You are referencing in this most recent email below being a recipi the "Redeveloped Project for Culver City." This not an LA County project.

Supervisor Mitchell has not, nor anyone on our team, utilized conceptual designs you reviewed in previous meetings with me when you presented an idea on public housing sit Inglewood. I stated to you that she does not have jurisdiction in City of Inglewood.

I am going to restate the information the attachments you re-sent:

- "Pathway Home 4" call for proposals from the federal government. No I had not seen this call for proposals. Per the award announcement, PATH was the only organizatio Los Angeles listed. Our office, nor any County departments have a role in deciding who gets these awards at the federal level. I am unaware if a letter of support was pro to PATH to include in their proposal. Though the County has a Pathway Home program these are different. The County's Pathway Home is encampment resolution. The attached is a federal program for job training.
- "State of California Home ARP allocation" is the state's plan for utilizing the HOME Rescue plan dollars. This is not a document I'm familiar with because LA County was included in this plan since the County received its own allocation of the HOME ARP funds. The second paragraph of the executive summary states that "HCD will distribut $155 million in funding on behalf of "non-entitlement jurisdictions" – jurisdictions and unincorporated areas that do not receive funding directly from HUD." LA County is a entitlement jurisdiction and the Los Angeles County Development Authority (LACDA) managed the process for the County's allocation of these funds. NOFA 29 has the information on that call for proposals.
- "WIOA Partner MOU" is a County of Riverside document. This is not a document I have ever seen, our team doesn't track other Counties' projects.
- "Application for Federal Assistance" is a federal application which I have not seen before. Our team or any County team, we would not have access to those applications it's a federal government application.
- "EDI Community Project" you shared the concept of renovating public housing sites in Inglewood when we first met in December of 2023. I let you and your team know w not have jurisdiction for City of Inglewood. I am unaware if the City of Inglewood has implemented the improvements included in the attached proposal. City of Inglewood their own housing authority and they report up to HUD not to the LACDA.

I do not have any additional information on this matter for you.

Isela Gracian
*Policy Director for Housing, Health, and Justice*
*Senior Deputy, Homelessness, Housing and Planning*
Supervisor Holly J. Mitchell
Los Angeles Board of Supervisors
igracian@bos.lacounty.gov | P: 213.447.3067
pronouns: she/her/hers/ella



**From:** tbaconsultingfirm.org <tbrown@tbaconsultingfirm.org>
**Sent:** Thursday, January 16, 2025 1:49 PM
**To:** Gracian, Isela <IGracian@bos.lacounty.gov>; dan.obrien@culvercity.org; albert.vera@culvercity.org
**Cc:** Yang, Jonathan <JYang@bos.lacounty.gov>; Martinez, Viridiana <VMartinez@bos.lacounty.gov>; Clerk, City <city.clerk@culvercity.org>; dustin.klemann@culvercity.org; V Lecia Adams Kellum <valecia.adamskellum@lahsa.org>
**Subject:** Re: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24

> CAUTION  External Email. Proceed Responsibly.

Hi Isela,

Thank you for your email. However, time is passing, and projects are being reported as either completed or incomplete, which directly impacts my company, Communication Pr LLC as the new CoC Agency leading the The Continuum of Care (CoC) Program (24 CFR part 578) and the recipient of the Redeveloped Project for Culver City.

My proposal brings in collaboration from Federal, State, Local and leaders in hopes to bridge the gap in underserved communities, help small businesses and rebuild communi in which were lost during COVID 19. In addition a main portion of the proposal is to bring in procurement to help make strong businesses competitive and give opportunities to veterans, women of color, native Americans and those that have been marginalized for many years.

As the lead for this initiative, I am deeply concerned about recent unauthorized alterations on this platform that have caused significant delays in providing critical community services, including housing resources, and funding. Your claim of not knowing what's happening raises concerns, especially seeing the public posts on Instagram showing you alongside Supervisor Michelle as well as the email conversation from February 1, 2024 in which you were copied. There has been websites launched without my consent and or knowledge that displays my program design and initiatives.

CEO Los Angeles

Social Post from Supervisor Holly Mitchell

With this said, I have not been included in the conceptual design process, yet LAHSA continues to send updates that are incorrect. Being excluded from these key discussions and decisions undermine leadership role and the success of this initiative, as well as the community we are committed to serving. These delays and lack of inclusion compromise the effectiveness of our work and contradict the principles of Culver City Reimagine, which emphasize collaboration and equitable service delivery. As support, I am forwarding the email and attachments that I discovered after unblocking myself from email portal. I am also sending screenshots of the email conversation from October 21 2024.
Screenshots of Conversation

IMG_1269.jpeg

If these issues are not addressed promptly, I am prepared to escalate this matter to the Mayor's Office, Congress, and other relevant authorities. I strongly urge the LAHSA team to resolve the platform and ensure my inclusion in all future decisions, as my leadership is critical to the success of this initiative.

Please prioritize a resolution and confirm receipt of this email to avoid further setbacks.

**I am requesting an urgent meeting and payment process with Culver City today no later than Monday afternoon.**

Thank you for your immediate attention.
Sincerely,
Tanisha Brown
Lead Counsel- Build Back Better
Designer of the Comprehensive Strategy
**Companies**
The Brown Group Partners
Spruce Communications
SKC Agency
Contact- 747.494.7734

Get Outlook for iOS

**From:** Gracian, Isela <IGracian@bos.lacounty.gov>
**Sent:** Tuesday, December 10, 2024 2:01 PM
**To:** tbaconsultingfirm.org <tbrown@tbaconsultingfirm.org>
**Cc:** Yang, Jonathan <JYang@bos.lacounty.gov>; Martinez, Viridiana <VMartinez@bos.lacounty.gov>
**Subject:** RE: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24

Hi Tanisha,
Thank you for the follow-up email. I am including my colleague Jonathan Yang, he oversees our teams legal and capital projects.

To your question if any of the attached documents look familiar to me:
- "Pathway Home 4" call for proposals from the federal government. No I had not seen this call for proposals. Per the award announcement, PATH was the only organization Los Angeles listed. Our office, nor any County departments have a role in deciding who gets these awards at the federal level. I am unaware if a letter of support was provided to PATH to include in their proposal. Though the County has a Pathway Home program these are different. The County's Pathway Home is encampment resolution. The attached is a federal program for job training.
- "State of California Home ARP allocation" is the state's plan for utilizing the HOME Rescue plan dollars. This is not a document I'm familiar with because LA County was included in this plan since the County received its own allocation of the HOME ARP funds. The second paragraph of the executive summary states that "HCD will distribute $155 million in funding on behalf of "non-entitlement jurisdictions" – jurisdictions and unincorporated areas that do not receive funding directly from HUD." LA County is an entitlement jurisdiction and the Los Angeles County Development Authority (LACDA) managed the process for the County's allocation of these funds. NOFA 29 has the information on that call for proposals.
- "WIOA Partner MOU" is a County of Riverside document. This is not a document I have ever seen, our team doesn't track other Counties' projects.
- "Application for Federal Assistance" is a federal application which I have not seen before. Our team or any County team, we would not have access to those applications it's a federal government application.
- "EDI Community Project" you shared the concept of renovating public housing sites in Inglewood when we first met in December of 2023. I let you and your team know we not have jurisdiction for City of Inglewood. I am unaware if the City of Inglewood has implemented the improvements included in the attached proposal. City of Inglewood their own housing authority and they report up to HUD not to the LACDA.

None of the attached documents are County programs or projects. As I mentioned on our call earlier today, if you are the author of any of the programs these calls for proposals based on, the conversation is with those agencies.

If you would like to have follow up conversation please let Viridiana know and she will coordinate Jonathan and my calendars.

Isela Gracian
*Senior Deputy, Homelessness and Housing*
Supervisor Holly J. Mitchell
Los Angeles Board of Supervisors
igracian@bos.lacounty.gov | P: 213.447.3067
pronouns: she/her/hers/ella

**From:** tbaconsultingfirm.org <tbrown@tbaconsultingfirm.org>
**Sent:** Tuesday, December 10, 2024 11:09 AM

**To:** Gracian, Isela <IGracian@bos.lacounty.gov>; Martinez, Viridiana <VMartinez@bos.lacounty.gov>
**Subject:** Fw: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24

| External Email. Proceed Responsibly. |
| --- |

Hi Isela,
I wanted to follow up on our call this morning. As you mentioned that you weren't familiar with what I was presenting, I'm sharing the email I referenced. Does any of this look familiar to you?
Sincerely,
Tanisha Brown

---

**From:** tbaconsultingfirm.org <tbrown@tbaconsultingfirm.org>
**Sent:** Tuesday, December 10, 2024 8:28 AM
**To:** Gracian@bos.lacounty.gov <Gracian@bos.lacounty.gov>; Martinez, Viridiana <VMartinez@bos.lacounty.gov>
**Subject:** Fw: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24

Good Morning,
I will be discussing the email below.

Thank you

> **From:** Tanisha Brown <tanishab30@gmail.com>
> **Sent:** Thursday, November 28, 2024 4:15 PM
> **To:** msbrown4083@outlook.com <msbrown4083@outlook.com>
> **Subject:** Re: Fw: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24
>
> On Mon, Oct 21, 2024 at 3:25 AM tbaconsultingfirm.org <tbrown@tbaconsultingfirm.org> wrote:
>
>> **From:** tbaconsultingfirm.org <tbrown@tbaconsultingfirm.org>
>> **Sent:** Monday, October 21, 2024 3:10 AM
>> **To:** lindsey.horvath@bos.lacounty.gov <lindsey.horvath@bos.lacounty.gov>
>> **Cc:** janice.hahn@bos.lacounty.gov <janice.hahn@bos.lacounty.gov>
>> **Subject:** Fw: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24
>>
>> Good Morning Supervisors Lindsey P. Horvath and Janice Hahn,
>>
>> My name is Tanisha A. Brown, and I want to express my heartfelt appreciation for the impactful work both of you are doing in Los Angeles. Your leadership is truly inspir
>> and I am honored to collaborate with you in my role as CEO of Los Angeles! Despite facing numerous challenges, I am deeply grateful to be part of REIMAGINE Los
>> Angeles. This initiative is vital for investing in our communities, mental health services, youth development, small job creation, and affordable housing. We are building a
>> more inclusive future, with a special emphasis on supporting those who now have the opportunity to dream and live the American Dream. I have attached a few docume
>> for your reference. I would love the opportunity to meet with you both to discuss how we can further these efforts and solve these issues as soon as possible. Thank you
>> much in advance.
>>
>> Sincerely,
>>
>> Tanisha A. Brown
>> CEO
>> Communication Products LLC- The Brown Group<https://www.linkedin.com/company/the-brown-groupla>
>> Cell- 310.349.9218
>> [https://media.licdn.com/dms/image/v2/D4E0BAQHJbRTkHfBwOw/company-logo_200_200/company-logo_200_200/0/1715075784018?e=2147483647&v=beta&t=z9v(
>> dbbHM6YDtIXkNGhj9AaeBoLU2Y15JAJZLbG60]<https://www.linkedin.com/company/the-brown-groupla>
>> The Brown Group I LinkedIn<https://www.linkedin.com/company/the-brown-groupla>
>> The Brown Group I 3 followers on LinkedIn. CREATING SPACES WITH PURPOSE. I Development for All. Creating Space for Purpose.
>> www.linkedin.com
>>
>>
>> **From:** Tanisha Brown <tbrown@tbaconsultingfirm.org>
>> **Sent:** Thursday, February 1, 2024 9:03 PM
>> **To:** Martinez, Viridiana <VMartinez@bos.lacounty.gov>
>> **Cc:** Gracian, Isela <IGracian@bos.lacounty.gov>; Arlana Brooks <lanab011014@gmail.com>; Scott Bales <sbales@cuningham.com>; Nenci Bates <nbates@n-built.co
>> **Subject:** Re: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24
>>
>> Unveiling a Vision: Ladera Heights and Florence-Firestone Community Development Proposal
>>
>> Hi Viridiana,

I trust this message finds you well. I'm excited to present our comprehensive community development proposal for Ladera Heights and Florence-Firestone (please see attached).

Only 4% of LA landmarks currently reflect the vibrant tapestry of African American history and culture. However, through Participatory Budgeting, our commitment is res- – we aim not only to restore and preserve unique histories but also to embrace and celebrate the richness of diversity.

**LADERA HEIGHTS PROJECT**:

- **Objective**: Create a dynamic space that pays homage to the rich history of the black community.
- **Components**: From culinary innovation and beauty to wellness, retail, entertainment, sustainability, and accessibility, our plan is a holistic celebration of the commu-

**FLORENCE-FIRESTONE**:

- **Focus**: Infuse rich history into new housing developments.
- **Approach**: Our strategy involves landmark preservation, historical design, thoughtful naming, public art, educational initiatives, adaptive reuse of structures, and the creation of green spaces.

In addition, please "e-meet" Nenci Bates<https://www.nencibatesstudio.com/about>, a cornerstone of our team. With over 25 years of experience in sustainable urban design, Nenci has been a driving force behind numerous successful projects. Her expertise extends to kitchens, bathrooms, accessory dwelling units, and specialty proj where she blends creativity with a keen understanding of cost management. Nenci is dedicated to collaborative efforts with clients and the design/build team, ensuring e project's success. She will be on the call tomorrow as well.

Thank you again for this opportunity.

Sincerely,

Tanisha Brown

Founder - THE BROWN GROUP<https://thebrowngroupla.com/>
Creating Innovative Spaces with Purpose

MEDIA

Apparel News<https://www.apparelnews.net/news/2021/feb/15/gaia-attract-magazine-pops-westfield-century-city/>

Selling Sunse<https://www.instagram.com/tv/Ccy2mdTiFFf/?igshid=YmMyMTA2M2Y=l>t

IB Article<https://www.ibtimes.com/trauma-informed-design-architecture-promote-economic-growth-inclusion-3722151>

---

From: Martinez, Viridiana <VMartinez@bos.lacounty.gov>
Sent: Thursday, January 25, 2024 8:47:38 AM
To: Tanisha Brown <tbrown@tbaconsultingfirm.org>
Cc: Gracian, Isela <IGracian@bos.lacounty.gov>; Arlana Brooks <lanab011014@gmail.com>; Scott Bales <sbales@cuningham.com>
Subject: RE: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24

Good morning Tanisha,

Thanks for confirming! We would appreciate a mood board before the meeting. Additionally, I have sent over the invite for Friday, February 2nd from 8:45am-9:00am.

Hope you have a great day.

Best,

Viri

From: Tanisha Brown <tbrown@tbaconsultingfirm.org>
Sent: Thursday, January 25, 2024 4:14 AM
To: Martinez, Viridiana <VMartinez@bos.lacounty.gov>
Cc: Gracian, Isela <IGracian@bos.lacounty.gov>; Arlana Brooks <lanab011014@gmail.com>; Scott Bales <sbales@cuningham.com>
Subject: Re: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24

CAUTION: External Email. Proceed Responsibly.

Hi Viridiana and Isela,

Thank you so much for this invite. I am super excited to share what I have in mind. I am very familiar with both cities and the concepts I would like to present will definite bring culture, innovation and elevation.

I can send over a mood board prior to our meeting. Adding Ariana and Scott to this email just in case they are able to join.

Friday February 2nd works for me.

Thank you

---

From: Martinez, Viridiana <VMartinez@bos.lacounty.gov<mailto:VMartinez@bos.lacounty.gov>>
Sent: Tuesday, January 23, 2024 8:45 AM
To: Tanisha Brown <tbrown@tbaconsultingfirm.org<mailto:tbrown@tbaconsultingfirm.org>>
Cc: Gracian, Isela <IGracian@bos.lacounty.gov<mailto:IGracian@bos.lacounty.gov>>
Subject: RE: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24

Good morning everyone,

Isela – Sounds good!

Tanisha – I hope you're doing well. Please let me know if any of the times below work well with your schedule.

- Friday, February 2nd from 8:45am-9:00am.
- Thursday, February 8th from 8:30am-8:45am.
- Wednesday, February 14th from 8:30am-8:45am.

Once confirmed, I can send over the invite. Thanks!

Best,

Viri

From: Gracian, Isela <IGracian@bos.lacounty.gov<mailto:IGracian@bos.lacounty.gov>>
Sent: Monday, January 22, 2024 7:24 PM
To: Tanisha Brown <tbrown@tbaconsultingfirm.org<mailto:tbrown@tbaconsultingfirm.org>>
Cc: Martinez, Viridiana <VMartinez@bos.lacounty.gov<mailto:VMartinez@bos.lacounty.gov>>
Subject: RE: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24

Viridiana,

You can work with Tanisha on a 15min phone call to learn about the project she has. It ok to use my 8:30am drive time.

Isela Gracian

Senior Deputy, Homelessness and Housing

Supervisor Holly J. Mitchell

Los Angeles Board of Supervisors

igracian@bos.lacounty.gov<mailto:igracian@bos.lacounty.gov> I P: 213.447.3067

pronouns: she/her/hers/ella


[LA County Seal][Holly J. Mitchell Logo]<https://mitchell.lacounty.gov/>

[Newsletter Sign-Up]<https://public.govdelivery.com/accounts/CALACOUNTY/signup/25626>[Facebook]<https://www.facebook.com/Holly4LACounty>[Instagram]
<https://www.instagram.com/hollyjmitchell/>[Twitter]<https://twitter.com/HollyJMitchell>[YouTube]<https://www.youtube.com/channel/UC89F3O9dOiiT2kadYPTcY6g/>


Housing and Tenant Protections information

* Hub for Landlords/Tenants information: rent.lacounty.gov<https://dcba.lacounty.gov/rentstabilization/>
* Detailed information for tenants: dcba.lacounty.gov/noevictions<https://dcba.lacounty.gov/noevictions/>
* Information for landlords: dcba.lacounty.gov/landlords<https://dcba.lacounty.gov/landlords/>


From: Tanisha Brown <tbrown@tbaconsultingfirm.org<mailto:tbrown@tbaconsultingfirm.org>>
Sent: Friday, January 19, 2024 2:49 PM
To: Gracian, Isela <IGracian@bos.lacounty.gov<mailto:IGracian@bos.lacounty.gov>>
Cc: Martinez, Viridiana <VMartinez@bos.lacounty.gov<mailto:VMartinez@bos.lacounty.gov>>
Subject: Re: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24


CAUTION: External Email. Proceed Responsibly.

Hi Isela,


Thank you so much for the response. I would love to participate if you are able to squeeze me in. I have a project that aligns perfectly and falls within your county's jurisdiction. I can make a few changes and send later today if needed.


Thank you in advance.


_____

From: Gracian, Isela <IGracian@bos.lacounty.gov<mailto:IGracian@bos.lacounty.gov>>
Sent: Friday, January 19, 2024 2:37 PM
To: Tanisha Brown <tbrown@tbaconsultingfirm.org<mailto:tbrown@tbaconsultingfirm.org>>
Cc: Martinez, Viridiana <VMartinez@bos.lacounty.gov<mailto:VMartinez@bos.lacounty.gov>>
Subject: Re: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24


Tanisha,

My apologies those are internal documents and were for one of our colleagues. You can find the general information for the Community Budget Initiative on our website.
have finalized the advisory committee who will co-create with us the guidelines for proposals. All of the proposals for this initiative will be in either Ladera Heights or
Florence/Firestone. Resident will be submitting ideas during the ideation phase and then calls for proposals will take place. We are a few months out before proposal
requests will be released.


My calendar is extremely impacted. I can make space if you have all the components of the projects fleshed out and have a specific ask of our office that falls within our
county jurisdiction. If it's an ideation meeting it will need to wait until next month because of the timeline of our other projects. Viridiana is the best person for my schedul

From: Tanisha Brown <tbrown@tbaconsultingfirm.org<mailto:tbrown@tbaconsultingfirm.org>>
Sent: Friday, January 19, 2024 1:41 PM
To: Gracian, Isela
Subject: Fwd: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24

CAUTION: External Email. Proceed Responsibly.

Hi Isela,

I hope this message finds you well. I wanted to reach out to inquire about the attached program and whether there is an opportunity for me to be a part of it. If not, I wou
like to discuss a potential project that involves collaborating with the Veterans women sector to create a safe space using trauma-informed design solutions.

I believe that our shared commitment to supporting and empowering women, particularly those who have served in the military, aligns well with the goals of your progran
am eager to explore ways in which we can work together to create a nurturing and healing environment for these women.

Please let me know if you are available for a conversation to discuss this further. I look forward to the possibility of collaborating.

Thank you

Sincerely,

Tanisha Brown

https://www.ibtimes.com/trauma-informed-design-architecture-promote-economic-growth-inclusion-3722151

From: Martinez, Viridiana <VMartinez@bos.lacounty.gov<mailto:VMartinez@bos.lacounty.gov>>
Sent: Friday, January 19, 2024 12:21:09 PM
To: Tanisha Brown <tbrown@tbaconsultingfirm.org<mailto:tbrown@tbaconsultingfirm.org>>
Subject: FW: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24

From: Wright, Stephanie <SWright@bos.lacounty.gov<mailto:SWright@bos.lacounty.gov>>
Sent: Friday, January 19, 2024 12:07 PM
To: Martinez, Viridiana <VMartinez@bos.lacounty.gov<mailto:VMartinez@bos.lacounty.gov>>
Subject: Participatory Budget Project – Advisory Committee Workshop #2 TCs 1.20.24
Importance: High

Hi Viri – pls print out 2 sets of the attached TCs from your desk printer along with the memo.

Stephanie

Get Outlook for iOS

Get Outlook for iOS

Get Outlook for iOS

Get Outlook for iOS
-Report-Los-Angeles_FINAL.pdf, CEO.pdf, 2023.01.20 - Memo and TPs SD2 Community Budget Advisory Committee Workshop #2_1.pdf, By-Law-Application-Tarzana-NC.pdf, ensncdowntownla793169900_03142023.pdf, BA20241540917.pdf, 0683d00000AK7kjAAD.pdf, Fw: Re: Tanisha Brown- Build Back America- EO 12372.eml, A_ Commitment Letter_compressed_1.pdf, TBG Partners B Impact Assessment.pdf, PROGRAM SPECIAL ANNOUNCEMENT 3.8.2024 3.pdf, CPOE 2024 (Final) 2.pdf, -Report-Los-Angeles_FINAL A_ Commitment Letter_compressed_compressed.pdf, CCF-CERF - Budget Narrative_Modification.pdf, Contracts.xlsx

# EXHIBIT B



**Tanisha A. Brown v. Netflix (C.D. Cal. 2025)**
Docket Number: 2:25-cv-07678
Date Filed: August 15th, 2025
Nature of Suit: 440 Civil Rights: Other
Cause: 42:1983 Civil Rights Act    Jury Demand: None
Assigned To: Maame Ewusi-Mensah Frimpong
Referred To: Karen E. Scott
Parties: Dreamgirl, Ryan Detert, The Oppenheim Group, Tanisha A. Brown, Lisa Lafferty, Brett Oppenheim, ...
Attorneys: Tanisha A. Brown

**Initial Order upon Filing of Complaint - form only — Document...**
Date Filed: ...tember 19th, 2025

**Temporary Restraining Order — Document #16**
Date Filed: September 23rd, 2025

...

Date Filed: September 8th, 2025

...

**Transferring Case (Related Case)(CV-34) — Document #13**
Date Filed: September 16th, 2025

**Order on Motion for Temporary Restraining Order — Document #10**
Date Filed: August 19th, ?...    ...mer.com

...

2025

COMPLAINT against Defendants Jesse Cretaro, Chris Detert, Does 1-50, Done and Done Productions, Dreamgirl, Mary Fitzgerald, Lisa Lafferty, Netflix, Brett Oppenheim, Jason Oppenheim, Barry Raven, Dinae Stanman, The Oppenheim Group. Case assigned to Judge Maame Ewusi-Mensah Frimpong for all further proceedings. Discovery referred to Magistrate Judge Michael B. Kaufman., filed by Plaintiff Tanisha A. Brown. (Attachments: # 1 Part 2 to Complaint, # 2 Part 3 to Complaint, # 3 Civil Cover Sheet). (et) (Entered: 08/15/2025)

| | | |
|---|---|---|
| Main Doc | Complaint - (Discovery) | |
| Att 1 | Part 2 to Complaint | |
| Att 2 | Part 3 to Complaint | |
| Att 3 | Civil Cover Sheet | |

2    Aug 15, 2025

Request for Clerk to Issue Summons on Complaint - (Discovery) 1 filed by Plaintiff Tanisha A. Brown. (et) (Entered: 08/15/2025)

Good morning,

2:25-cv-07678-FLA-KES you have not requested permission from the judge for CM/ECF access for filing

2:25-cv-10616-JLS-KES David Tangipa et al v. Gavin Newsom et al - you are not listed as a party in this case

2:20-cv-02291-DOC-KES  LA Alliance for Human Rights et al v. City of Los Angeles et al - you are not listed as a party in this case

You may review the instructions provided on the court's website https://www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                                    | Case No. 2:25–cv–07678–FLA–KES
    TANISHA A. BROWN
11          Plaintiff(s),
12                  v.                | STANDING ORDER
13   NETFLIX, et al.
14          Defendant(s).
15
16
17
18      **PLEASE READ THIS ORDER CAREFULLY. IT GOVERNS THIS**
19   **ACTION AND DIFFERS IN SOME RESPECTS FROM THE LOCAL**
20   **RULES.** Counsel for Plaintiff(s) shall serve this order <u>immediately</u> on all parties
21   and/or their attorney(s), including any new parties to the action. If this action has
22   been removed from the state court, the defendant who removed the action shall
23   serve this order on all other parties.
24
25   / / /
26   / / /
27   / / /
28

Rev. 2/1/25                              1

NEVER AGREED TO CASE TRANSFER TO FERNANDO L. AENLLE ROCHA

Case 2:25-cv-07678-FLA-KES   Document 13   Filed 09/16/25   Page 1 of 1   Page ID #:259

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tanisha A. Brown | CASE NUMBER |
| | 2:25-cv-07678-MEMF (KESx) |
| v.                        PLAINTIFF(S) | |
| Netflix, et al. | ORDER RE TRANSFER (RELATED CASES) |
| DEFENDANT(S). | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

September 15, 2025
_____
Date

_____
United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____                          _____
Date                                              United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2:25-cv-07677-FLA (KES)   and the present case:

- [✓] A.   Arise from the same or closely related transactions, happenings or events; or
- [✓] B.   Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C.   For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____N/A_____ to Magistrate Judge _____N/A_____.

On all documents subsequently filed in this case, please substitute the initials _FLA (KESx)_ after the case number in place of the initials of the prior judge, so that the case number will read _2:25-cv-07678 FLA (KESx)_. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] Previous Judge      [ ] Statistics Clerk
_____
CV-34 (06/23)                          ORDER RE TRANSFER (Related Cases)