UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEBRUARY 2, 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TANISHA ANN BROWN,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>NETFLIX, INC.; et al.,<br><br>　　　　Defendants - Appellees,<br><br>and<br><br>DOES,<br><br>　　　　Defendant. | No. 26-325<br><br>D.C. No. 2:25-cv-07678-FLA-KES<br>Central District of California, Los Angeles<br><br>ORDER |

　　　The fees for this appeal are overdue. Within 21 days, appellant must pay $605 to the district court and file proof of payment in this court or file a motion to proceed in forma pauperis. If appellant does not do so, the court will dismiss this appeal. See 9th Cir. R. 42-1.

　　　The clerk will serve a copy of Form 4 on appellant.

　　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT